# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

PATRICIA FARIAS, individually and on behalf of all others similarly situated,

                     Plaintiff,

      v.

R.R. DONNELLEY & SONS COMPANY,

                     Defendant.

Case No. 20-cv-07468

Honorable Elaine E. Bucklo

Magistrate Judge Sheila M. Finnegan

## NOTICE OF PRESENTMENT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

To: All Counsel of Record.

    **PLEASE TAKE NOTICE THAT** on March 25, 2022, at 9:45 a.m., the undersigned shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Courtroom 2243 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present the accompanying **Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement**.

Dated: March 21, 2022

Respectfully submitted,

/s/ *Philip L. Fraietta*
**BURSOR & FISHER, P.A.**
Joseph I. Marchese*
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
jmarchese@bursor.com
pfraietta@bursor.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl V. Malmstrom

ARDC No. 6295219
111 W. Jackson Street, Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
E-mail: malmstrom@whafh.com

*Pro Hac Vice Application Forthcoming*

*Attorneys for Plaintiff and the Putative Class*

2

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing

**Notice of Presentment of Plaintiff's Unopposed Motion for Preliminary Approval of Class**

**Action Settlement** was filed this 21st day of March 2022 via the electronic filing system of the

Northern District of Illinois, which will automatically serve all counsel of record.

*/s/ Philip L. Fraietta*
Philip L. Fraietta