# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PATRICIA FARIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Defendant. | Case No. 20-cv-07468<br><br>Honorable Elaine E. Bucklo<br><br>Magistrate Judge Sheila M. Finnegan |

## NOTICE OF PRESENTMENT OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

To: All Counsel of Record.

**PLEASE TAKE NOTICE THAT** on July 20, 2022, at 11:00 a.m., the undersigned shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Courtroom 2243 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present the accompanying **Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement**.

**PLEASE TAKE FURTHER NOTICE THAT** the Motion shall be presented by telephonic hearing utilizing the following dial-in information: (877) 336−1839, enter access code 2716087 and press #.

Dated: June 29, 2022

Respectfully submitted,

/s/ *Philip L. Fraietta*
**BURSOR & FISHER, P.A.**
Philip L. Fraietta
ARDC No. 6337165
Joseph I. Marchese*
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150

Fax: (212) 989-9163
pfraietta@bursor.com
jmarchese@bursor.com

**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLC**
Carl V. Malmstrom
ARDC No. 6295219
111 W. Jackson Street, Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
E-mail: malmstrom@whafh.com

*Pro Hac Vice Application Forthcoming*

*Class Counsel*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Presentment of Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement** was filed this 29th day of June 2022 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

*/s/ Philip L. Fraietta*
Philip L. Fraietta