## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Patricia Farias

                          Plaintiff,

v.                                                      Case No.: 1:20−cv−07468
                                                              Honorable Elaine E. Bucklo

R.R. Donnelley & Sons, Company

                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, July 20, 2022:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's unopposed motion for attorneys' fees, costs, expenses and service award [30] is granted. Plaintiff's unopposed motion for final approval of class action settlement [33] is granted. Enter Order granting Final Approval of Class Action Settlement and Order of Dismissal with Prejudice. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.